No. 72–6124. ALFORD v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–6145. LOPEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–6252. JOHNSON ET AL. v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–6274. PHILLIPS v. HOCKER, WARDEN. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–937. ZELKER, CORRECTIONAL SUPERINTENDENT v. ROBINSON. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 72–1255. VOWELL, COMMISSIONER OF PUBLIC WELFARE OF TEXAS v. LOPEZ. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 72–1024. LOCAL 268, BROTHERHOOD OF RAILROAD TRAINMEN, ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 72–1101. SWORDS v. UNITED STATES. C. A. 3d Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 72–6048. WILLIAMS v. ORISCELLO, SHERIFF, ET AL. C. A. 3d Cir. Certiorari and/or habeas corpus denied.